**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
819 SE Morrison St.
Suite 255
Portland, OR 97214
kellydonovanjones@gmail.com
Direct 503-847-4329

*Of Attorneys for Plaintiff William Walters*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLIAM WALTERS** | Case No. 3:18-CV-00891-HZ |
| Plaintiff | |
| vs. | **STIPULATED DISSMISSAL WITH PREJUDICE** |
| **DISH NETWORK, LLC** and **COLLECTO, INC., d/b/a EOS CCA** | |
| Defendants. | |

STIPULATED DISMISSAL WITH PREJUDICE – Page 1 of 3

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff files this stipulated dismissal of this action with prejudice, with each party to bear their own fees and costs.

Dated: December 11, 2019.

/s/ Kelly D. Jones
Kelly D. Jones, OSB No. 074217
Law Office of Kelly D. Jones
819 SE Morrison St.
Suite 255
Portland, OR 97214
Telephone: 503-847-4329
Fax: 503-715-0524
Email: kellydonovanjones@gmail.com

*Attorney for Plaintiff*

/s/ David J. Kaminski
David J. Kaminski (*Admitted Pro Hac Vice*)
J. Grace Felipe (*Admitted Pro Hac Vice*)
Carlson & Messer LLP
5901 West Century Boulevard #1200
Los Angeles, CA 90045
Telephone: 310-242-2204
Fax: 310-242-2222
Email: kaminskid@cmtlaw.com
Email: felipeg@cmtlaw.com

*Attorneys for Defendant Collecto, Inc. d/b/a EOS CCA*

/s/ Eric L. Zalud
Eric Larson Zalud (*Admitted Pro Hac Vice*)
David M. Krueger (*Admitted Pro Hac Vice*)
Laura E. Kogan (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216-363-4500
Facsimile: 216-363-4588
Email: ezalud@beneschlaw.com
lkogan@beneschlaw.com

Martha J. Payne (85239)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
225 Escondido
Lincoln City, OR 97367
Telephone: 541-764-2859
Facsimile: 216.363.4588
Email: mpayne@beneschlaw.com

*Attorneys for Defendant DISH Network L.L.C.*


## CERTIFICATE OF SERVICE

      I hereby certify that service of this document will be made through the Court's electronic filing system on all parties as indicated on the electronic filing receipt.

Dated: December 11, 2019.

                                        */s/ Kelly D. Jones*
                                        Kelly D. Jones, OSB 074217
                                        Law Office of Kelly D. Jones
                                        819 SE Morrison St.
                                        Suite 255
                                        Portland, OR 97214
                                        Telephone:  503-847-4329
                                        Fax:  503-715-0524
                                        Email: kellydonovanjones@gmail.com

                                        *Of Attorneys for Plaintiff William Walters*